BOLLAR, APPELLANT, *v.* EBERLIN, WARDEN, APPELLEE.

[Cite as *Bollar v. Eberlin,* 121 Ohio St.3d 3, 2009-Ohio-258.]

(No. 2008–1890—Submitted January 14, 2009—Decided January 28, 2009.)

---

**Per Curiam.**

{¶ 1} We affirm the judgment of the court of appeals dismissing the petition of appellant, Gregory Earl Bollar, for a writ of habeas corpus, because he failed to attach all the commitment papers pertinent to his claim challenging the Ohio

---

1. We deny Hughley's motions to strike appellee's brief and to accept his statement of facts as true.

Adult Parole Authority's multiple revocations of his parole and extension of his release date based on R.C. 2967.15(C)(1). See *State ex rel. Bray v. Brigano* (2001), 93 Ohio St.3d 458, 459, 755 N.E.2d 891, and *Tucker v. McAninch* (1998), 82 Ohio St.3d 423, 696 N.E.2d 595.

{¶ 2} Notwithstanding Bollar's assertions to the contrary, those papers were material to his claim.

Judgment affirmed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

---

Gregory Earl Bollar, pro se.

Richard Cordray, Attorney General, and Jerri L. Fosnaught, Assistant Attorney General, for appellee.